# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 20-16109 |
| v. | Violation No. 9280289 |
| ALESSANDRO FERRANTI | ORDER FOR DISMISSAL<br>Pretrial Diversion Program |

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by Leave of the Court endorsed hereon, the United States Attorney for the District of New Jersey hereby dismisses the above Complaint, which was filed on **January 14, 2021**, charging the defendant with the following violation:

**Simple Possession**

prosecution of same being deferred pursuant to a Pretrial Diversion Agreement.

The dismissal is without prejudice.

DATE: 9 Jun 22        BY: _____
LUKE D. WILSON, Esq.
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATE: 6/17/22        BY: _____
HONORABLE MATTHEW J. SKAHILL
United States Magistrate Judge